AO 91 (rev.11/11) Criminal Complaint       AUTHORIZED AND APPROVED DATE: _____ 3/24/22

# United States District Court
for the

_____WESTERN_____ DISTRICT OF _____OKLAHOMA_____

FILED
MAR 2 4 2022
CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKL
BY_____, DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No: M-22-219-P |
| | ) |
| AARON MICHAEL MCGINLEY, | ) |
| Defendant. | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of March 19, 2022, in the county of Grady, in the Western District of Oklahoma, the defendant violated:

*Code Section*                           *Offense Description*
Title 18 U.S.C. § 113(a)(8) & 1153       Assault by Strangulation within Indian Country

This criminal complaint is based on these facts:

See attached Affidavit of Sergeant Chad A. King, Chickasha Police Department which is incorporated and made a part hereof by reference.

☒ Continued on the attached sheet.

_____
*Complainant's signature*
Chad King
SLEC, Chickasha Police Department

Sworn to before me and signed in my presence.

Date: __3/24/22__

_____
*Judge's signature*
GARY M. PURCELL, U.S. Magistrate Judge
*Printed name and title*

City and State: Oklahoma City, Oklahoma

## COMPLAINT AFFIDAVIT

I, Chad A. King, a Police Officer for the City of Chickasha, being duly sworn, state:

### AFFIANT'S EXPERIENCE

1. I have been employed as a police officer with the Chickasha Police Department since 2011 and have had a Special Law Enforcement Commission through the Bureau of Indian Affairs since May if 2021. During the past 11 years, I have conducted a wide variety of investigations, including cases involving violent crimes in Indian country.

### PURPOSE OF AFFIDAVIT

2. This Affidavit is submitted in support of a warrant for the arrest of **Aaron Michael McGINLEY (McGINLEY)** who committed the crime of Assault by Strangulation in violation of Title 18, United States Code, Sections 113(a)(8) and 1153. Since this Affidavit is being submitted for the limited purpose of securing a criminal complaint and an arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to support the issuance of a criminal complaint and an arrest warrant.

### PROBABLE CAUSE

3. On March 19, 2022, at approximately 1:27 p.m., I responded to Fritzi's Liquor store in response to a reported domestic violence call. The victim, J.S., reported the incident occurred at her residence, which she shares with **McGINLEY**, 1228 S. 8th Street,

1

in Chickasha, in Grady County, in the Western District of Oklahoma, and within the boundaries of the Chickasaw Nation (the residence). J.S. and **McGINLEY** have a child together and were in an intimate and dating relationship at the time of the indicent.

4. According to J.S., she and **McGINLEY** got into an argument at their residence on the evening of March 18, 2022, that continued through the morning hours of March 19, 2022. J.S. stated **McGINLEY** threw lit cigarettes at her while she slept and consumed alcohol throughout the argument. J.S. left the residence around 9:45 a.m. to get away from **McGINLEY**. When she returned, **McGINLEY** was not at the residence. Once **McGINLEY** returned, the argument continued. When the argument became physical, J.S. tried to leave the residence but was unable to leave because **McGINLEY** grabbed J.S. and threw her to the ground. **McGINLEY** then began to strangle J.S., cutting off her airway. Although J.S. stated she did not lose consciousness, she reported she could not breathe and "thought [she] was going to die."

5. After **McGINLEY** let go of J.S.'s throat, he began kicking her, then grabbed a pillow, placed it over her nose and mouth and began trying to suffocate her. J.S. was able to get away and leave the residence. J.S. drove to the liquor store a short distance from the residence.

6. I observed injuries to J.S. consistent with her report of the assault, including marks on her wrist consistent with being grabbed, petechia in her eyes, and redness on her neck. During my conversation with J.S., she repeatedly coughed, a common reaction after being strangled.

7. Officers who responded to the residence made contact with **McGINLEY**, who stated he and J.S. had gotten into an argument and she had left the residence. **McGINLEY** declined a formal interview. Although **McGINLEY** stated he was a member of a tribe, the Seminole Nation could not initially verify that information.

15. I received a Tribal Citizenship Verification for **McGINLEY** on March 21, 2022, showing **McGINLEY** is a member of the Seminole Nation with a quantity of Indian blood.

15. Based upon my training and experience, and the facts and circumstances described above, I believe probable cause exists to support a criminal complaint and arrest warrant for **McGINLEY** for violations of Title 18, United States Code, Sections 113(a)(8) and 1153.

Further Your Affiant sayeth not.

Chad A. King
SLEC, Chickasha Police Department

Subscribed and sworn to before me this the ____24th____ day of March, 2022, at Oklahoma City, Oklahoma.

GARY M. PURCELL
United States Magistrate Judge

3