

FILED

APR 06 2022

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY _____ Ku _____, DEPUTY

# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> -vs- ) <br> ) <br> AARON MICHAEL McGINLEY, ) <br> ) <br> Defendant. ) | No. CR 22-122 D <br><br> Violations: 18 U.S.C. § 113(a)(8) <br> 18 U.S.C. § 1153 |

## INDICTMENT

The Federal Grand Jury charges:

### COUNT 1
(Assault by Strangulation)

On or about March 19, 2022, in Chickasha, Oklahoma, located within Indian country and in the Western District of Oklahoma,

----------------------------- **AARON MICHAEL McGINLEY,** -----------------------------

an Indian, knowingly assaulted his intimate partner and dating partner, J.S., by strangling, suffocating and attempting to strangle and suffocate J.S. by intentionally, knowingly, and recklessly using his hands to apply pressure to J.S.'s throat in order to impede her normal breathing and circulation.

All in violation of Title 18, United States Code, Sections 113(a)(8) and 1153.

A TRUE BILL:

FOREPERSON OF THE GRAND JURY

ROBERT J. TROESTER
United States Attorney

TIFFANY NOBLE
Assistant United States Attorney